IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| JESSICA J. TAYLOR<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI d/b/a MOHELA and RELIANT CAPITAL SOLUTIONS, LLC<br><br>Defendants. | Civil Action No. 3:22-cv-01369-SAL |

**<u>NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT RELIANT CAPITAL SOLUTIONS, LLC</u>**

Pursuant to Rule 41(a)(1), FRCP, Plaintiff Jessica J. Taylor dismiss her claims as to Defendant Reliant Capital Solutions, LLC with Prejudice, having settled her claims against Reliant Capital Solutions, LLC. This does not operate as a dismissal as to any other party in this action.

DAVE MAXFIELD, ATTORNEY, LLC

By:   s/ Dave Maxfield_____
David A. Maxfield, Esq., Fed ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com

DATED: July 18, 2022

Columbia, South Carolina