IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jessica J. Taylor,<br><br>          Plaintiff,<br><br>Vs.<br><br>Equifax Information Services, LLC, Trans Union LLC, Experian Information Solutions, Inc. and Higher Education Loan Authority of the State of Missouri d/b/a MOHELA,<br><br>          Defendants. | Civil Action No. 3:22-cv-01369-SAL |

## NOTICE OF SETTLEMENT AND REQUEST TO ENTER RUBIN ORDER AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

  Plaintiff Jessica J. Taylor and Defendant Experian Information Solutions, Inc. have agreed to settle the above-entitled action. Plaintiff requests that the Court enter a *Rubin Order* to allow time to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated. This does not operate as a dismissal as to any other party in this action.

              DAVE MAXFIELD, ATTORNEY, LLC

        By:  _s/ Dave Maxfield_____
            David A. Maxfield, Fed. ID 6293
            P.O. Box 11865
            Columbia, SC 29211
            803-509-6800
            855-299-1656 (fax)
            dave@consumerlawsc.com
            *Counsel for Plaintiff*

DATED: August 2, 2022

Columbia, South Carolina